1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10

11 | SUZY A. MARTINEZ, et al.,                 )    CASE NO. CV 05-7608-JTL
                                               )
12 |              Plaintiffs,                   )
                                               )    ORDER DISMISSING ENTIRE
13 |        v.                                  )    ACTION WITH PREJUDICE
                                               )     [F.R.C.P. 41]
14 | CALIFORNIA INVESTORS XII, et al.,          )
                                               )
15 |              Defendants.                   )
                                               )
16 | _____         )

17

18        The Stipulation of all parties to the action herein for an order dismissing the entire

19 action with prejudice due to settlement pursuant to Rule 41 of the Federal Rules of Civil

20 Procedure was filed May 21, 2008.  The Stipulation sets forth that all terms and conditions

21 of the settlement have been completed.

22        Having considered the parties' signed stipulation and request, the Court finds and

23 orders as follows:

24        1.    The parties reached a resolution of this matter on March 10, 2008;

25        2.    The minor's compromise was approved by the Court on April 16, 2008;

26        3.    The terms of the settlement have been satisfied and the parties mutually wish

27              to dismiss the action with prejudice;

28

1    Good cause appearing therefore,

2    IT IS SO ORDERED that the entire action is dismissed with prejudice, as to all

3    defendants.

4    DATED:   May 22, 2008

_____
UNITED STATES MAGISTRATE JUDGE
JENNIFER T. LUM